Saina S. Shamilov
Bryan A. Kohm
Jonathan T. McMichael
Martyna M. Skrodzka
Eric Menist
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500

Justin T. Quinn
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, NJ 07102
Telephone:  973.690.5400

*Attorneys for Plaintiff*
*Lashify, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LASHIFY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KISS NAIL PRODUCTS, INC.,<br><br>Defendant. | Case No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF LASHIFY, INC.**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Lashify, Inc. ("Lashify") states that it has no parent corporation and that no publicly held corporation owns 10% or more of Lashify.

1

Dated: August 5, 2020      Respectfully submitted,

By: /s/*Justin T. Quinn*
    Justin T. Quinn
    ROBINSON MILLER LLC
    Ironside Newark
    110 Edison Place, Suite 302
    Newark, NJ 07102
    Telephone:  973.690.5400

    Saina S. Shamilov *
    FENWICK & WEST LLP
    Silicon Valley Center
    801 California Street
    Mountain View, CA  94041
    Telephone:     650.988.8500

    Bryan A. Kohm *
    Martyna M. Skrodzka *
    FENWICK & WEST LLP
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Telephone:     415.875.2300

    Jonathan T. McMichael *
    FENWICK & WEST LLP
    1191 Second Avenue, 10th Floor
    Seattle, WA 98101
    Telephone:     206.389.4510

    Eric Menist *
    FENWICK & WEST LLP
    902 Broadway, Ste. 14
    New York, NY 10010
    Telephone:     212.430.2600

    * *pro hac vice* forthcoming

    *Attorneys for Plaintiff Lashify, Inc.*